Taggart & Taggart, Ltd.
108 North Minnesota Street
Carson City, Nevada 89703
(775) 882-9900 ~ Telephone
(775) 883-9900 ~ Facsimile

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| STEPHEN O. TRACKMAN,<br><br>                    Plaintiff,<br><br>vs.<br><br>SIERRA COUNTRY, INC., a Nevada corporation, WILLIAM R. TOMERLIN and MARSHA L. TOMERLIN, as individuals, and as Trustees of various intervivos trusts including, but not limited to THE WILLIAM R. TOMERLIN TRUST, dated August 11, 1976, and subsequent amendments thereo, and restated in THE TOMERLIN TRUST, dated January 31, 1994, THE WILLIAM R. TOMERLIN TRUST, dated August 11, 1979, THE WILLIAM R. TOMERLIN TRUST OF 1988, THE TOMERLIN TRUST, dated February 1, 1983, THE TOMERLIN TRUST U/A/D, dated February 2, 1989, and DOES I through X, inclusive,<br><br>                    Defendants. | Case No.: 3:09-cv-00751-LRH-VPC |

## **STIPULATION AND ORDER**

COMES NOW, Defendant, SIERRA COUNTRY, INC. (hereinafter "SCI"), by and through its attorneys of record, PAUL G. TAGGART, ESQ. and TYLER M. ELCANO, ESQ., of the law firm of TAGGART & TAGGART, LTD., and STEPHEN O. TRACKMAN (hereinafter "Trackman"), by and through his attorneys of record, JOAN C. WRIGHT, ESQ. and JOEL W. LOCKE, ESQ., of the

1  law firm of ALLISON, MacKENZIE, PAVLAKIS, WRIGHT & FAGAN, LTD., and hereby file this
2  Stipulation and Order.
3       On or about February 2, 2010, a Stipulation and Order for Extension of Time to File an
4  Answer and For Withdrawal of Motion to Dismiss was filed.  This Stipulation and Order extended the
5  time for SCI to file an answer to the Complaint filed on December 22, 2009.  Further, the Stipulation
6  and Order indicated that the parties agreed that SCI would withdraw its Motion to Dismiss that had
7  been filed on or about January 15, 2010.
8       On or about February 9, 2010, Plaintiff filed a First Amended Complaint.  The filing of the
9  First Amended Complaint replaces the original Complaint, and as a result, no answer is required to
10 the original Complaint.
11 ///
12 ///
13 ///

-2-

Therefore, the parties herein stipulate that due to the filing of the First Amended Complaint, SCI shall have to and including Tuesday, February 23, 2010, in which to file its answer to the First Amended Complaint.

DATED this 12th day of February, 2010.        DATED this 12th day of February, 2010.

/S/ Paul G. Taggart                              /S/ Joel W. Locke
By:_____        By:_____
PAUL G. TAGGART, ESQ.                       JOAN C. WRIGHT, ESQ.
Nevada State Bar No. 6136                    Nevada State Bar No. 1042
TYLER M. ELCANO, ESQ.                       JOEL W. LOCKE, ESQ.
Nevada State Bar No. 10578                   Nevada State Bar No. 10128
TAGGART & TAGGART, LTD.                     ALLISON, MacKENZIE, PAVLAKIS,
108 North Minnesota Street                   WRIGHT & FAGAN, LTD.
Carson City, Nevada 89703                    402 North Division Street
(775)882-9900 – Telephone                    P.O. Box 646
(775)883-9900 – Facsimile                    Carson City, Nevada 89702
Attorneys for Defendant,                     (775) 687-0202 – Telephone
Sierra Country, Inc.                         (775) 882-7918 – Facsimile
                                             Attorneys for Stephen O. Trackman

## **ORDER**

IT IS SO ORDERED this 16th day of February, 2010.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE