UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

* * * * *

| | |
|---|---|
| STEPHEN O. TRACKMAN, | 3:09-cv-00751-LRH-RAM |
| Plaintiff, | |
| vs. | MINUTE ORDER |
| SIERRA COUNTRY, INC., a Nevada Corporation; WILLIAM R. TOMERLIN and MARSHA L. TOMERLIN, as individuals, and as Trustees of various intervivos trusts; et al., | May 25, 2011 |
| Defendants. | |

PRESENT:
THE HONORABLE LARRY R. HICKS, UNITED STATES DISTRICT JUDGE
DEPUTY CLERK:  NONE APPEARING    REPORTER:  NONE APPEARING
COUNSEL FOR PLAINTIFF(S):  NONE APPEARING
COUNSEL FOR DEFENDANT(S):  NONE APPEARING

MINUTE ORDER IN CHAMBERS:

     Before the Court is Plaintiff's Ex-Parte Motion and Order to Redact Plaintiff's Exhibits 9, 12, 30 and 36 to Plaintiff's Opposition to Tomerlin's Motion for Summary Judgment (#82). The Court hereby GRANTS Plaintiff's Motion. The Clerk of Court shall withdraw exhibits 9, 12, 30 and 36 to Plaintiff's Opposition to Tomerlin's Motion for Summary Judgment (#69) and replace them with the exhibits 9, 12, 30 and 36 attached to Plaintiff's Ex-Parte Motion and Order to Redact Plaintiff's Exhibits 9, 12, 30 and 36 to Plaintiff's Opposition to Tomerlin's Motion for Summary Judgment (#82).

    IT IS SO ORDERED.

LARRY R. HICKS
UNITED STATES DISTRICT JUDGE