UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| STEPHEN O. TRACKMAN, | ) | CASE NO. 3:09-cv-751-LRH-RAM |
| | ) | |
| Plaintiff, | ) | ORDER |
| | ) | |
| vs. | ) | |
| | ) | |
| SIERRA COUNTRY, INC., et al., | ) | |
| | ) | |
| Defendant. | ) | |

```
┌─────────────────────────────────────┐
│ ✓ FILED        ___ RECEIVED         │
│ ___ ENTERED    ___ SERVED ON        │
│            COUNSEL/PARTIES OF RECORD│
│   ┌───────────────────────┐         │
│   │    APR 1 0 2012       │         │
│   └───────────────────────┘         │
│      CLERK US DISTRICT COURT        │
│        DISTRICT OF NEVADA           │
│ BY: _____ DEPUTY      │
└─────────────────────────────────────┘
```

This case is currently scheduled for trial on the stacked calendar of October 16, 2012.

IT IS ORDERED that this case is referred to The Honorable Robert A. McQuaid for the purpose of conducting a settlement conference.

DATED this ____ day of April_____, 2012.

_____
LARRY R. HICKS
U.S. DISTRICT JUDGE